AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
May 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Joaquin ARANDA, AKA "Rascal"

*Defendant(s)*

Case No. 1:26-mj-00060 FJS

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 28, 2026 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a), (b)(1)(B) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine<br><br>Maximum Penalty:<br>Minimum 5 years, Maximum 40 years' imprisonment<br>$5,000,000 fine<br>4 years to life supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Brandon Thompson
*Complainant's signature*

Brandon Thompson, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: May 29, 2026

*Judge's signature*

City and state: Fresno, California

Hon. Frank J. Singer, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOAQUIN ARANDA,<br>AKA "Rascal"<br>Defendant. | CASE NO.<br>AFFIDAVIT IN SUPPORT OF COMPLAINT |

**TABLE OF CONTENTS**

I. INTRODUCTION AND AGENT BACKGROUND ....2
A. Purpose of Affidavit ....2
B. Agent Experience ....2
C. Summary of Investigation ....5
II. PROBABLE CAUSE ....6
A. Count 1 – Possession with Intent to Distribute Controlled Substances ....6
1. Joaquin "Rascal" ARANDA possessed 297.52 grams of methamphetamine with intent to distribute ....6
III. CONCLUSION ....9

I, Brandon Thompson, being first duly sworn under oath, depose and say:

## I. INTRODUCTION AND AGENT BACKGROUND

### A. Purpose of Affidavit

1. I make this Affidavit in support of a complaint charging the individual below of the following violation:

a) **Count 1 - Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(B):**

i. **Joaquin ARANDA (ARANDA)**, aka "Rascal" is a Sureno gang member and a regular supplier of methamphetamine to members of the Sureno gang in the Central Valley (hereinafter "the ENTERPRISE").

### B. Agent Experience

2. I am an "Special Federal Officer / Special Deputy-US Marshal" within the meaning of Title 21 and Title 18, United States Code, Section 878 that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, and Title 21, United States Code.

3. I am a Detective with the California Highway Patrol (CHP) and a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed as a Peace Officer[1] with the California Highway Patrol since April 2011. I received basic law enforcement instruction at the CHP Academy from approximately October 2010 through April 2011. I have been assigned to the Homeland Security Task Force (HSTF) in Fresno, CA since November 2025.

4. Prior to my current assignment at the FBI, I was assigned to the Multi-Agency Gang Enforcement Consortium (MAGEC) in Fresno County, CA from January of 2024 to November of 2025. This assignment consisted of conducting large scale investigations into the criminal network of gang members as defined in California Penal Code section(s) 186.22.

[1] Per 830.2(a) of the California Penal Code.

5. Prior to my assignment at MAGEC, I worked as an investigator for the California Highway Patrol with case work that encompassed property and violent crimes occurring on State of California property.

6. I am currently assigned to the FBI Sacramento Division – Fresno Resident Agency Violent Crime Squad, and work with the Homeland Security Task Force (HSTF). I investigate violations of Titles 18 and 21 of the United States Code and Title 28 of the Federal Code of Regulations.

7. As a Detective and TFO, I have investigated and wiretapped numerous members and associates of criminal street gangs in California's Central Valley, spoken with numerous criminal street gang members, cooperators, witnesses, confidential human sources ("CHSs"), and defendants, and reviewed legal documents and reports describing various Fresno-based street gangs and prison gangs and their activities. Specifically, I have obtained intelligence regarding criminal prison gangs, criminal street gangs, drug trafficking, illegal firearms trafficking, and human trafficking. Additionally, I have reviewed the supporting affidavits of all the warrants and/or orders set out below and have spoken at length with members of the investigative team who have extensive experience specifically with Sureno criminal street gang cliques. Additionally, I have previously participated in several wiretaps involving Bulldog criminal street gangs and African-American criminal street gangs and other various criminal street gangs in California's Central Valley area. As part of those investigations, I reviewed tens of thousands of gang-related calls and messages and have authored numerous affidavits supporting complaints, residential search warrants, pen register/trap and trace orders, precision location warrants, vehicle trackers, Title III wiretap orders, and Title III audio listening device orders based on that intelligence. Based on these experiences, I am aware of common themes, slang, and *modus operandi* of gangs in California's Central Valley, which includes the Sureno criminal street subsets within Fresno County ("the ENTERPRISE") and the general manner in which these gangs operate.

8. I have participated in the prosecution of Racketeer Influenced and Corrupt Organization Act ("RICO") violations targeting criminal street gangs and criminal prison gangs in this judicial district since January 2024. I am familiar with street- and leadership-level "tax" collection activities of these gangs, specifically those which involve drug trafficking, illegal firearms trafficking, and violent activity in furtherance of their goals.

9. I am familiar with the types and amount of profits made by firearms traffickers and gun traffickers and the methods, language, and terms which are used to disguise the source and nature of the profits from their illegal dealings. These methods include the use of telephones, cellular telephones, wireless communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, false or fictitious identities, and the use of coded or vague communications in an attempt to thwart law enforcement interference with illegal transactions. I have also surveilled and observed gang members and contraband traffickers at length and have discussed with other experienced investigators the lifestyle, appearances, and habits and methods of gang members and contraband traffickers. I have also previously participated in investigations that utilized multiple Title III wiretaps and/or audio listening devices and am familiar with various investigative methods used in conjunction with Title III methods.

10. Additionally, I have become knowledgeable about the investigative techniques that are useful and viable in investigations involving criminal street gangs and contraband traffickers and those that are not. I have also consulted with other investigators who have extensive training and experience in criminal street gangs and financial investigations. I have executed numerous search warrants for gang and narcotics investigations, seeking evidence of the trafficking of controlled substances, weapons violations, gang indicia, and violent crimes. I have participated in multiple gang, narcotic, firearms, and human trafficking investigations which utilized court-ordered interceptions of wire, electronic, and/or oral communications to assist in dismantling violent criminal street gangs and drug and/or firearms trafficking organizations.

11. During my review of monitoring and review of legally intercepted phone calls, text messages, social media postings, social media messages, and oral conversations in previous cases, I have noted several slang terms used in reference to illegally-obtained items or illegally-possessed items. I have learned that the purpose of the use of slang during phone calls, social media messages, and text messages is to obstruct law enforcement in their investigations.

//

//

//

12. During this investigation, the investigative team has reviewed hundreds and/or thousands of social media communications received from search warrants and has observed that the ENTERPRISE members and associates referenced below generally align with other Central Valley gang-related investigations in how they attempt to encode their communications.

13. Some members of the ENTERPRISE speak Spanish, and occasionally utilize the Spanish language to communicate with each other. I speak and understand Spanish in a very limited capacity. Throughout this investigation, law enforcement linguists and certified Spanish-speaking members of the investigative team have been employed to translate communications between ENTERPRISE members, witnesses, Confidential Human Sources (CHS), and/or in reviewing text communications.

14. Except where otherwise noted, the information set forth in this affidavit has been provided to me by other law enforcement agents who have assisted in the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the statement was made by another law enforcement officer (any of whom may have had either direct or hearsay knowledge of that statement) to whom I or other law enforcement officers have spoken or whose reports I have read and reviewed. Such statements are reported in substance and in part, unless otherwise indicated. When I use the term "investigative team", I am referring to the Fresno County Sheriff's Office; the Federal Bureau of Investigation; the Bureau of Alcohol, Tobacco, Firearms, and Explosives; Homeland Security Investigations; and the following state and local participating agencies: the California Highway Patrol, the California Department of Justice, the California Department of Corrections and Rehabilitation, the Fresno Sheriff's Office, the Fresno Police Department, the Fresno County District Attorney's Office, and other participating law enforcement agencies.

15. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included details of every aspect of this investigation to date in describing the probable cause for issuance of this warrant. Facts not set forth herein are not being relied on in reaching my conclusion that a warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this complaint.

**C. <u>Summary of Investigation</u>**

16. In October 2025, Members of the Multi-Agency Gang Enforcement Consortium

(MAGEC) began a focused investigation into the Sureno criminal street gang operating in Fresno County with a specific focus on the ongoing criminal activities of the Mexican Mafia prison gang's direction of the Sureno subsets, (hereinafter "the ENTERPRISE"). Since that date, the investigation has expanded to include the Fresno Police Department, the Federal Bureau of Investigation, Homeland Security Investigations, the California Department of Justice, and the California Department of Corrections and Rehabilitation.

17. During the course of this investigation, the investigative team identified Joaquin "Rascal" **ARANDA** as being a high-ranking Reedley Sureno criminal street gang member. **ARANDA** is known by the investigative team to call and hold Sureno meetings where gang business is discussed, to include discipline of ENTERPRISE members, the sale of illicit contraband, and direction handed down from the Mexican Mafia prison gang. This information was corroborated by a Confidential Human Source (CHS-1). CHS-1 also related **ARANDA** is known by members of the ENTERPRISE to distribute methamphetamine to ENTERPRISE members.

## II. PROBABLE CAUSE

### A. Count 1 – Possession with Intent to Distribute Controlled Substances

#### 1. Joaquin "Rascal" ARANDA possessed 297.52 grams of methamphetamine with intent to distribute.

18. On January 23, 2026, members of the investigative team established physical surveillance on **ARANDA's** residence located in Sanger, California in the Eastern District of California. I watched as **ARANDA's** vehicle left the residence and coordinated the detention of **ARANDA** via a vehicle stop for the purpose of verifying **ARANDA's** identity. **ARANDA** was stopped while driving his gray 2017 Honda Accord on a rural road. Uniformed members of the Investigative Team, driving a marked patrol vehicle, stopped ARANDA for a tinted front window violation. **ARANDA** was not in possession of a valid California driver's license, so **ARANDA** was removed from **ARANDA's** vehicle.

19. The Investigative Team conducted a check of **ARANDA's** fingerprints via a BlueCheck fingerprint scanner[2]. Blue Check revealed **ARANDA's** true identity, Joaquin "Rascal" **ARANDA**.

[2] BlueCheck is a portable, Bluetooth-enabled, fingerprint scanner used by law enforcement for rapid, on-the-spot identification, typically matching against other law enforcement/criminal databases.

Detectives concluded the detention of **ARANDA** and released **ARANDA** without further incident.

20. From January of 2026 to current, the investigative team utilized CHS-1 to purchase 255 grams of a mixture and substance containing methamphetamine from **ARANDA** on three different occasions within the City and County of Fresno, CA. During these controlled purchases, CHS-1 was under constant physical surveillance by the investigative team.

21. On May 20, 2026, Homeland Security Investigations (HIS) Special Agent (SA) Laura Ellison-Seeger authored a search warrant within the Eastern District of California. This search warrant authorized the investigative team to search **ARANDA's** residence in the City of Sanger, County of Fresno, CA, as well as **ARANDA's** place of employment. This order was signed by the Honorable Erin Guy Castillo, US Magistrate Judge.

22. On May 28, 2026, members of the investigative team served this search warrant on **ARANDA's** residence. **ARANDA** was not physically present during this service, but was later detained at **ARANDA's** place of employment[3].

23. During the search of **ARANDA's** residence pursuant to the court order, members of the investigative team located a closet within the main bedroom of the residence. Within the closet, the investigative team located an "Ocean Noir" cologne box with two (2) plastic spoons, three (3) baggies and one (1) scale with white residue on it. Also located during this search was a black plastic bag that contained another scale, a plastic spoon with white residue on it, and two packaging bags with smaller plastic bags within it.

24. I know, based on my training and experience, drug dealers use baggies to package drugs for sale, and use scales to weigh the drugs prior to sale. I also know that it is common for drug dealers to place drugs directly on scales to determine their weight. Therefore, I believe the baggies and scale indicated **ARANDA** was packaging controlled substances and the white residue on the scale indicated **ARANDA** weighed the controlled substances prior to their sale. Members of the investigative team also located a plastic bag with a white crystalline substance weighing 42.52 grams that tested presumptively

[3] Members of the investigative team ran a warrants check on **ARANDA** and found **ARANDA** had an arrest warrant issued by the Fresno County Superior Court of California by the Honorable Jonathan Conklin. This arrest warrant indicated **ARANDA** was charged with a violation of California Penal Code section 11379(a), possession of methamphetamine with intent to sell, among other charges.

positive for methamphetamine.

25. Members of the investigative team seized these items as evidence, and booked them at HSI headquarters in Fresno, CA.

26. Members of the investigative team responded to **ARANDA's** place of employment and arrested **ARANDA** pursuant to the Fresno County Court arrest warrant. **ARANDA** possessed a cell phone, which was seized as evidence. **ARANDA** was transported to the Fresno Sheriff's Office Area Two Substation. **ARANDA** was placed in an interview room and advised of his rights pursuant to *Miranda*. **ARANDA** advised **ARANDA** understood **ARANDA's** rights and agreed to speak with investigators[4]. **ARANDA** related **ARANDA** has been a Sureno criminal street gang member since **ARANDA** was 17 years old. **ARANDA** was originally a member of the Barrio Los Arres (BLA) Sureno subset out of Reedley, CA. **ARANDA** indicated **ARANDA** had multiple gang related tattoos on **ARANDA's** person. These tattoos included an "A" on **ARANDA's** left hand, "Los Arres" Tattoo on **ARANDA's** chest, as well as a "BLA" tattoo on **ARANDA's** back. **ARANDA** denied being a ranking member, and advised **ARANDA** "just goes to work" and isn't involved in the gang like that. **ARANDA** advised **ARANDA** lives alone at his residence. **ARANDA** advised no one stays with **ARANDA** at **ARANDA's** residence. **ARANDA** was advised that methamphetamine and evidence of sales was located in **ARANDA's** closet. **ARANDA** denied selling or possessing methamphetamine and had no answer for why it was located in **ARANDA's** closet.

27. The total weight of methamphetamine recovered from **ARANDA** between the three controlled buys and the presumptively positive methamphetamine recovered during the search warrant is 297.52 grams.

28. Based on my physical observations and the physical observations of the investigative team, I believe **Joaquin "Rascal" ARANDA** possessed with intent to distribute methamphetamine, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B).

[4] ARANDA was interviewed in the Spanish language by Fresno County District Attorney Investigator Oscar Torres and HSI SA L. Ellison-Seeger.

## III. CONCLUSION

29. Based on the totality of facts set forth in this affidavit, I believe there is probable cause to believe that the defendant committed the violations as described above.

30. I respectfully request the issuance of an arrest warrant for the individual listed above.

I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

Brandon Thompson
Brandon Thompson, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 41.1, by internet/ telephone on 10:12 AM, May 29, 2026

The Honorable Frank J. Singer
United States Magistrate Judge

Approved as to form and substance:

/s/ Robert L. Veneman-Hughes
Robert L. Veneman-Hughes
Assistant United States Attorney